**Order entered December 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01174-CV

### IN RE PRISCILA BRISENO, RELATOR

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00330-D**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus and **DIRECT** the trial court to set aside its September 12 Order Granting Reinstatement.

We further **ORDER** the trial court to file with this Court, within **THIRTY DAYS** of the date of this order, a certified copy of its order issued in compliance with this order and with the Court's opinion in this case. Should the trial court fail to comply with this order, the writ will issue.

/s/    ERIN A. NOWELL
        JUSTICE